UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED

SEP 09 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                        INFORMATION NO. 7:24-CR-15

**DUSTIN NEWSOME**

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2251(a)

On or about a date in 2022 and continuing through on or about a date in 2023, the exact dates unknown, in Martin County, in the Eastern District of Kentucky, and elsewhere,

**DUSTIN NEWSOME**

employed, used, persuaded, induced, enticed, and coerced minors to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

### COUNT 2
### 18 U.S.C. § 2252(a)(4)(B)

On or about August 29, 2023, in Martin County, in the Eastern District of

Kentucky,

## DUSTIN NEWSOME

did knowingly possess a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor, including a prepubescent minor and a minor under the age of 12, engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2253

1. By virtue of the commission of the offenses alleged in this Information, **DUSTIN NEWSOME** shall forfeit to the United States any and all interest that he has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violations of 18 U.S.C. §§ 2251 and 2252; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violations; and any property, real or personal, used or intending to be used in the commission or promotion of the violations, or traceable to such property. Any and all interest that **DUSTIN NEWSOME** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

2. The property to be forfeited includes, but is not limited to, the following:

**ELECTRONIC EQUIPMENT:**
a. Apple Iphone 14 Pro Max (Gray): IMEI: 353665902855124;
b. Apple Ipad Pro (Silver): IMEI: 355653070165490;
c. Iphone 6s Plus (Gray): IMEI: 353298070683217;
d. Macbook Pro (Silver): SN: C02HFE0YDV7L;
e. Windows HP Laptop (Black): Drive SN: CNU911898W;

    f. Seagate 500 GB External Hard Drive (Black): SN: NA0EAT7G; and
    g. All software and peripherals which are contained on or associated with the listed electronic equipment.

_[signature]_

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

# **PENALTIES**

**COUNT 1:** Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than a lifetime term of supervised release.

**COUNT 2:** Not more than 10 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release, BUT

If any visual depiction involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, such person shall be fined under this title and imprisoned for not more than 20 years.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

A mandatory special assessment of $5,000, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5); and

(2) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable.