UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHREN DIVISION
PIKEVILLE

ACTION: 24-CR-T15-KKC

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.

DUSTIN NEWSOME                                                DEFENDANT

### SENTENCING MEMORANDUM

The Defendant for his sentence memorandum states as follows:

That the Defendant, Dustin Newsome is 35 years old and a college graduate who was working at the USPS at the time of his arrest. Dustin was the victim of early childhood trauma. He never had a biological father in his life and his mother was a drug addict who did not provide the familial support one would expect from a mother, in fact he was almost entirely rejected by his mother resulting in adoption by family members, at the age of six months. The mother was perodically in and out of Dustins life after adoption. When Dustin was in the first grade his biological mother and sister were together suddenly killed. This sort of trauma is especially hard on young children. It creates a lack of attachment making it difficult to establish normal relationships. Sometimes, and in this case leading to courting and even beginning relationships with minors. Adult or juvenile criminality is much higher for persons affected by such a loss especially if the loss is sudden and unnatural. When looking at the etiological reasons for Dustin's behavior, this twin loss of mother and sister at the same time stands out as the most

compelling. Even though Dustin was adopted by kind and loving people there can be a disconnect between the real and adoptive parents. When rejected by your real parents you may feel that you cannot confide in or even accept guidance from your adoptive parents for fear of another rejection. Unnatural or distorted feelings caused by the early trauma can become internalized out of the fear of another rejection.

Dustin has accepted responsibility for his behavior and at one point confided his behavior to a pastor who he considered his friend and confident only to be told that the pastor had similar issues, rather than receiving proper guidance from a person he trusted and looked up to. Dustin like so many others in his situation is a product of very unfortunate circumstances but accepts his actions in hopes that proper guidance and treatment in the future might return him to society as a productive and law-abiding citizen. He recognizes and is extremely regretful for the harm that he has caused others and sincerely hopes that he may redeem himself by his future behavior. He is much aware that once he is released from prison that the stigma attached to his past behavior will follow him for the rest of his life with far reaching implications.

The average sentence for child porn production under the federal sentencing guidelines is 277 months (23 years); three years more than a minimum sentence for murder and the maximum sentence of twenty years for first degree manslaughter in Kentucky.

WHEREFOR, the Defendant respectfully ask the court to vary and or depart in imposing his sentence.

        Respectfully submitted,

        <u>/s/ Stephen W. Owens</u>
        Stephen W. Owens
        P.O. Box 1426
        Pikeville, KY 41501
        606-369-3429

## REFRENCES:

SMART: etiology of adult sexual offending.
NIH: Self-harm and violent criminality link with parental death during childhood
NIH: Bereavement during childhood and adolescent
U. S.S.G: QUICK FACTS, sexual abuse offenders (2021)

## **<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on January 2, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter or service completed by first class mail to any non-CM/ECF participants.

        <u>/s/ Stephen W. Owens</u>
        Stephen W. Owens