12/21/24

Eastern District of Kentucky
FILED
JAN 15 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

To whom it may concern,

I am writing this statement on behalf of Dustin Edward Newsome. I have known Mr. Newsome for over 16 years. I do want to state that I do not condone or support the allegations against him. However, I do believe that Mr. Newsome does need some support to sort through his own personal identity and mental state. Mr. Newsome's actions are not a reflection of who he truly is. This man has spent a lot of his time in Honduras helping build homes for communities and working to lift others up. I believe that there is good in his heart and that Mr. Newsome just needs some support and remediation. This man would give the clothes off of his back to a stranger and stop to help someone on the side of the road change a tire, which I have witnessed.

Mr. Newsome is a good person who was misguided. I am appealing to you not as a judge but as a person to grant him a shorter sentence with remediation and counseling support, as this is Mr. Newsome's first offense and he has lived most of his life with a clean record. I hope that you too see the good in him and give him a chance to make things right and to regain some pieces of his life. I believe that Mr. Newsome will do everything in his power to redeem himself and make what he has done right. He just needs some help to get there.

I also want to share that Mr. Newsome is a loving and caring friend and son. He once gave me a safe place to stay during my parent's nasty divorce. During that time, Mr. Newsome took care of me. He made sure that I ate and offered support and kindness.

I share this story with you, to give you a glimpse of who Dustin Edward Newsome truly is. I hope after hearing this and reading this letter that you will give Mr. Newsome an opportunity to amend his life and show you his heart and who he truly is.

Sincerely,

Rhonda Watson