# United States District Court for the
# Eastern District of Kentucky

Southern Division at Pikeville

USA

**Plaintiff,**

vs.　　　　　　　　　　　　　　　　　　CASE NO. 7:24-CR-15-KKC

Dustin Newsome

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that  Dustin Newsome , hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from  the final judgment
(the final judgment) (from an
_____ entered in this action on the  28th  day of
order (describing it))
February , 2025 .

(s) Filed by Clerk on behalf of defendant pursuant to Rule 32(j)(2)

Address: Grayson County Detention Center

320 Shaw Station Road

Leitchfield, KY 42754

Attorney for  Stephen W. Owens

cc:　Opposing Counsel ✓
　　Court of Appeals ✓

6CA-3
1/99